**LAW OFFICES OF MARK BORDEN**
A PROFESSIONAL CORPORATION
145 S. WASHINGTON STREET, SUITE C
SONORA, CA 95370
TELEPHONE: (209) 536-9535
TELEPHONE: (562) 438-0553
FACSIMILE: (209) 536-9526
STATE BAR NO.: 79444

# UNITED STATES DISTRICT COURT,

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No.: 6:06-mj-00200 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE ARRAIGNMENT AND PROPOSED ORDER** |
| **JOHN DEMAY,** | ) | |
| | ) | |
| **Defendant** | ) | |

The parties hereby stipulate to continue the arraignment currently set for October 17, 2006 to October 24, 2006 on the 10:00 A..M. calendar.

Dated: October 12, 2006                              s/s_____
                                                                          MARK BORDEN
                                                                          Attorney for Defendant
                                                                          JOHN DEMAY

| | |
|---|---|
| Dated: October ___,2006 | _s/s _____ |
| | ELIZABETH WALDOW |
| | Legal Officer |

**IT IS SO ORDERED**

IT IS SO ORDERED.

**Dated:   October 16, 2006**          /s/  **William M. Wunderlich**
mmkd34                              UNITED STATES MAGISTRATE JUDGE