**LAW OFFICES OF MARK BORDEN**
A PROFESSIONAL CORPORATION
145 S. WASHINGTON STREET, SUITE C
SONORA, CA 95370
TELEPHONE: (209) 536-9535
TELEPHONE: (562) 438-0553
FACSIMILE: (209) 536-9526
STATE BAR NO.: 79444

# UNITED STATES DISTRICT COURT,

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No.: 6:06-mj-00200 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **WAIVER OF DEFENDANT'S** |
| **Vs.** | ) | **PERSONAL PRESENCE** |
| | ) | **(FRCP 43 (c) (2))** |
| **JOHN DEMAY,** | ) | |
| | ) | |
| **Defendant** | ) | |
| _____ | ) | |

The undersigned defendant, having been advised of his right to be present at all stages of the proceedings, including but not limited to presentation of and arguments on questions of law, and to be confronted by and cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when a motion to set aside the indictment or information pursuant to the provisions of the Penal Code, §995 and following is heard, when a motif for reduction of bail or for a personal recognizance

release is heard, when a motion to reduce sentence is heard, and when questions of law are present to or considered by the court.  The undersigned defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, and hereby agrees that his interest will be deemed represented at all times by the presence of his attorney the same as if the defendant himself were personally present in court, and further agrees that notice to his attorney that his presence in court on a particular day at a particular time is required will be deemed notice to him of the requirement of his appearance at said time and place.

Dated: October 11, 2006          _s/s_____
                                 Defendant. JOHN DEMAY


Approved: October 11, 2006        LAW OFFICES OF MARK BORDEN

Dated; October 11, 2006           By_s/s_____
                                  MARK BORDEN

IT IS SO ORDERED.

**Dated:   October 16, 2006**          /s/  **William M. Wunderlich**
mmkd34                                UNITED STATES MAGISTRATE JUDGE